JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE S., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-06655 HDV (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: 1/3/24

_____
THE HONORABLE HERNAN D. VERA
United States District Judge